**Judy HARRISON, Plaintiff—Appellant,**

v.

**CENTRAL INTELLIGENCE AGENCY; FBI; Chicago FBI–Divisions; Washington FBI–Divisions; Virginia FBI–Divisions, Defendants—Appellees.**

No. 10–1510.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 4, 2010.

Judy Harrison, Appellant Pro Se.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judy Harrison appeals the district court's order dismissing her 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harrison v. Central Intelligence Agency*, No. 3:10–cv–00163–JRS (E.D.Va. Apr. 2, 2010). We deny Harrison's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*